UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KWAME ANIR SAAFIR,<br><br>Defendant. | Case No.: '22 MJ3357<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm and Ammunition |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about September 12, 2022, within the Southern District of California, defendant KAWAME ANIR SAAFIR, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected foreign commerce, to wit: a black revolver; in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

On or about September 12, 2022, within the Southern District of California, defendant KAWAME ANIR SAAFIR, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected foreign

commerce, to wit: 20 rounds of Corbon .38 Special caliber ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Special Agent Analisa Nogales
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 13th day of September 2022.

_____
HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

On or about September 12, 2022, at approximately 6:07 a.m., in the inbound lane #27 of the San Ysidro Port of Entry (POE), a Customs and Border Protection Officer (CBPO) inspected a vehicle, a silver 2013 Cadillac CTS, bearing a Nevada license plate. The sole occupant was the driver and registered owner, Kwame Anir SAAFIR. The CBPO obtained two negative customs declarations from SAAFIR, who stated he was going to Long Beach, CA. The CBPO entered SAAFIR's information, and a system generated alert appeared for a wanted person. The CBPO referred SAAFIR to the Vehicle Secondary Lot for further inspection.

While conducting an immediate pat down for officer safety in the security office, a CBPO discovered six (6) loose .38 Special rounds of ammunition in SAAFIR's front pocket. SAAFIR was asked twice if he had a firearm anywhere in the vehicle and stated that he did not, both times.

During the secondary inspection of the vehicle, a CBPO discovered a brown bag on the front passenger's seat. The bag contained a box with eight (8) rounds of .38 Special ammunition inside. Further search of the bag revealed a black revolver. Loaded within the cylinder of the revolver were six (6) rounds of the same .38 Special ammunition.

Preliminary records checks revealed the following criminal history listed below, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 07/30/2014 | CASC – Los Angeles Compton | 29805 PC – Possess/Etc Firearm: Spec Prior (Felony) | 36 months probation; 14 days jail |

The charged ammunition was seized and inspected. Preliminary checks conducted by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) revealed that the ammunition was not manufactured in California. SAAFIR transported the firearm and ammunition across the international border. Therefore, the ammunition and firearm traveled in, and/or affected foreign commerce to arrive in the United States.

SAAFFIR was arrested and charged with a violation of Title 18, United States Code, 922, felon in possession of a firearm and ammunition.