# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 22-mj-03357-AHG |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Kwame Anir Saafir | Booking No. 06546506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 9/20/22 the Court entered the following order:

☐ Defendant be released from custody.

☐ Defendant placed on supervised / unsupervised probation / supervised release.

☐ Defendant continued on supervised / unsupervised probation / supervised release.

☐ Defendant released on _____ Bond posted.

☐ Defendant appeared in Court. FINGERPRINT & RELEASE.

☐ Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

☐ Defendant sentenced to TIME SERVED, supervised release for _____ years.

☐ Bench Warrant Recalled.

☐ Defendant forfeited collateral.

☒ Case dismissed.

☐ Case dismissed, charges pending in case no.

☐ Defendant to be release to Pretrial Services for electronic monitoring.

☒ Other. Defendant deceased.


ALLISON H. GODDARD

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by T. Lee   x. 7749

9/20/22
Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original